# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1599
LT Case No. 2021-DR-000084-FJ

_____

ANDRES R. GONZALEZ SILVERIO,

    Appellant,

    v.

ROMEDA GONZALEZ,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Ann Melinda Craggs, Judge.

Andres R. Gonzalez Silverio, Summerfield, pro se.

No Appearance for Appellee.

December 19, 2023

PER CURIAM.

    AFFIRMED.

WALLIS, JAY, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____